IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANASTACIO GRANILLO,

    Plaintiff,

v.                                                                      No. 21-cv-0777 GJF/SMV

UNITED STATES OF AMERICA,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     November 19, 2021, at 9:30 a.m. MST

**Matter to be heard:**   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **November 19, 2021 at 9:30 a.m. MST** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

**IT IS SO ORDERED.**

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**