IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANASTACIO GRANILLO,

    Plaintiff,

v.                                                               No. 21-cv-0777 JCH/SMV

UNITED STATES OF AMERICA,

    Defendants.

## ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | Monday, March 7, 2022, at 1:30 p.m. MST |
| **Matters to be heard:** | Defendant's Sealed Motion for Protective Order and Stay of Discovery Pending Investigation and Protective Order Restricting Release of a Video [Doc. 20] |

    **IT IS ORDERED** that a telephonic hearing is set on Defendant's Sealed Motion for Protective Order and Stay of Discovery Pending Investigation and Protective Order Restricting Release of a Video [Doc. 20]. The hearing is set for **Monday, March 7, 2022, at 1:30 p.m. MST.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    IT IS SO ORDERED.

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**