IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANASTACIO GRANILLO,**

      **Plaintiff,**

v.                                             Civ. No. 21-777 JCH/SMV

**UNITED STATES OF AMERICA,**

      **Defendant.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF D.N.M.LR-CIV. 26.6 DEADLINE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of D.N.M.LR-Civ. 26.6 Deadline [Doc. 25]. The Court finds that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the deadline for Plaintiff to file a motion to compel discovery responses from Defendant is extended to March 21, 2022.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

Submitted by:

*/s/ María Martínez Sánchez*
María Martínez Sánchez
Rebecca Fae Sherman Sheff
Zoila Alvarez Hernández
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1004
F: (505) 266-5916

1

msanchez@aclu-nm.org
rsheff@aclu-nm.org
zalvarez@aclu-nm.org
*Counsel for Plaintiff*

Approved electronically on 2/25/22:

Cassandra Casaus Currie
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1530
cassandra.currie@usdoj.gov

*Counsel for Defendant*