IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANASTACIO GRANILLO,

    Plaintiff,

v.                                                            No. 21-cv-0777 JCH/SMV

UNITED STATES OF AMERICA,

    Defendant.

### ORDER SETTING RULE 16 SCHEDULING CONFERENCE

**Date and time:**   May 12, 2022, at 9:30 a.m. MDT.

**Matter to be heard:**  Rule 16 scheduling conference

A telephonic Rule 16 scheduling conference is set for **May 12, 2022, at 9:30 a.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

The parties should be prepared to advise the Court on the status of any criminal investigation related to the incident giving rise to Plaintiff's claims, as well as their JSR; all claims and defenses; initial disclosures; discovery requests and scheduling; issues relating to the disclosure, discovery, and preservation of electronically stored information; the timing of expert disclosures and reports under Rule 26(a)(2); and the use of scientific evidence and whether it is anticipated that a *Daubert* hearing will be needed. We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). Lead counsel and parties appearing pro se must participate unless excused by the Court. Parties represented by counsel need not attend.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**