IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANASTACIO GRANILLO,

        **Plaintiff,**

v.                    Civ. No. 21-777 JCH/SMV

UNITED STATES OF AMERICA,

        **Defendant.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO MOVE TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to Move to Compel Discovery Responses from Defendant [Doc. 39]. The Court finds that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the deadline for Plaintiff to file a motion to compel discovery responses from Defendant is extended to June 28, 2022.

 

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

Submitted by:

*/s/ María Martínez Sánchez*
María Martínez Sánchez
Rebecca Fae Sherman Sheff
Zoila Alvarez Hernández
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1004
F: (505) 266-5916

msanchez@aclu-nm.org
rsheff@aclu-nm.org
zalvarez@aclu-nm.org
*Counsel for Plaintiff*

Approved electronically on 5/26/22:

Cassandra Casaus Currie
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1530
cassandra.currie@usdoj.gov

*Counsel for Defendant*