IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANASTACIO GRANILLO,

          Plaintiff,

v.                               Civ. No. 21-777 JCH/SMV

UNITED STATES OF AMERICA,

          Defendant.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER DEADLINES DUE TO SETTLEMENT AND TO GRANT PARTIES 60 DAYS TO FILE CASE CLOSING DOCUMENTS**

THIS MATTER is before the Court on parties' Joint Motion to Vacate Scheduling Order Deadlines Due to Settlement and to Grant Parties 60 Days to File Case Closing Documents [Doc. 44]. The Court finds that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the deadlines in the Court's Scheduling Order [Doc. 37] are vacated and parties are granted sixty (60) days to file the closing documents in this case.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

Submitted by:

*/s/ María Martínez Sánchez*
María Martínez Sánchez
Rebecca Fae Sherman Sheff
Zoila Alvarez Hernández
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1004
F: (505) 266-5916
msanchez@aclu-nm.org

1

rsheff@aclu-nm.org
zalvarez@aclu-nm.org

*Counsel for Plaintiff*

<u>Approved electronically on 7/18/22</u>:

Cassandra Casaus Currie
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1530
cassandra.currie@usdoj.gov

*Counsel for Defendant*